

# MANDATE

# The Fourteenth Court of Appeals

NO. 14-14-00038-CV

Osama Abdullatif, Appellant

v.

Erpile, LLC and Ali Choudhri, Appellees

Appealed from the County Civil Court at Law No. 4 of Harris County. (Tr. Ct. No. 992,444-002). Opinion delivered by Justice Christopher. Justices Donovan and Wise also participating.

**TO THE COUNTY CIVIL COURT AT LAW NO. 4 OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on March 12, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment signed December 20, 2013 in favor of appellees Erpile, LLC and Ali Choudhri, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to dismiss without prejudice (1) all of intervenor Ali Choudhri's claims; and (2) all of Osama Abdullatif's claims, with the single exception of Abdullatif's request for a declaration that "Abdullatif is, and has always been, the rightful owner of the membership interest in Erpile."

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellee Ali Choudhri to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, May 26, 2015.

CHRISTOPHER A. PRINE, CLERK